# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

MICHAEL HARTLEY GOLINVAUX,

    Plaintiff,

vs.

CHARLES W. LARSON, SR.,

    Defendants.

No. C06-0182-MWB

**ORDER**

This matter is before the court on the submission of a complaint. The Clerk's Office filed such complaint on December 19, 2006. The plaintiff, however, submits neither the $350.00 filing fee nor an application to proceed in forma pauperis. *See* 28 U.S.C. § 1914(a) (requiring $350.00 filing fee); 28 U.S.C. § 1915 (explaining proceedings in forma pauperis). Accordingly, this action is dismissed without prejudice. 28 U.S.C. § 1914; 28 U.S.C. § 1915.

    **IT IS SO ORDERED.**

    **DATED** this 5th day of January, 2007.

                                                                 MARK W. BENNETT
                                                                U. S. DISTRICT COURT JUDGE
                                                                NORTHERN DISTRICT OF IOWA

A copy of this document has been
mailed/faxed to all counsel of record, pro
se parties and others listed and not shown
as having been served electronically
under the cm/ecf system:

by: /s/ des    1/05/07