IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| MARTIN HARTLEY GOLINVAUX, | ) | |
| | ) | |
| Plaintiff, | ) | No. C06-0182-MWB |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| CHARLES W. LARSON, SR., | ) | IN A CIVIL CASE |
| | ) | |
| Defendants. | ) | |

This action came before the Court. The issues have been decided and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED

      Plaintiff, Martin Hartley Golinvaux, take nothing and this complaint is dismissed without prejudice.

Dated: January 5, 2007      PRIDGEN J. WATKINS
                              Clerk

                              /s/ des
                              (By) Deputy Clerk

A copy of this document has been mailed/faxed to all counsel of record, pro se parties and others listed and not shown as having been served electronically under the cm/ecf system:

by: /s/ des   1/05/07